# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

**USDC Case Number: 2:25-mj-00142-SCR**

v.

**DAVID BRYAN SHANK**

**JUDGMENT IN CRIMINAL CASE**
**(Class B Misdemeanor)**

Defendant pleaded guilty, is adjudged guilty and convicted of the following offense(s):

| Charge(s) Defendant Convicted of: | Nature of Charge(s) |
|---|---|
| 18 U.S.C. § 113(a)(5) | Simple Assault |

**ACCORDINGLY, YOU ARE HEREBY SENTENCED TO THE FOLLOWING:**

☒ **Count 1: PAY** a special assessment of <u>$10</u>.

   ☒ Total financial obligation of <u>$10</u> due immediately.

☒ **Restitution to be determined**

      Victim Name: _____      Restitution Amount $ \_\_\_\_

      Victim Name: _____      Restitution Amount $ \_\_\_\_

      Victim Name: _____      Restitution Amount $ \_\_\_\_

☒ **PROBATION** for a term of 12 months. Your conditions of probation are as follows:

1. Your probation shall be unsupervised;
2. You shall not commit another federal, state, or local crime;
3. You shall notify the court and, if represented by counsel, your counsel of any change of address and contact number; and the following additional checked conditions:

   ☐ You shall perform<u>  </u>hours of community service by<u>  </u>.

   **While on probation and subject to any financial obligation** of probation, you shall notify the court of any material change in your economic circumstances that might affect your ability to pay the fine.

☒ **YOU ARE HEREBY COMMITTED TO THE BUREAU OF PRISONS** to be imprisoned for a term of<u> 4 days </u>by reporting to the United States Marshal located at 501 I Street, 5th Floor, Sacramento, California, 95814 or to an institution designated by the United States Marshal on <u>3/16/2026.</u>

☐ **YOU ARE ALSO ORDERED TO APPEAR for a REVIEW HEARING** on<u>  </u>at<u>  </u>and **ORDERED TO** file a Status Report 14 days prior to your scheduled hearing. Please note that failure to appear could result in an arrest warrant being issued against you.

☐ **OTHER**:

   **IT IS FURTHER ORDERED** that financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely. If your conviction also involves a moving violation, an abstract could be placed on your driving record. The check must be made payable to **"CLERK- U.S.D.C."** and SENT to the following address:

> **CLERK, UNITED STATES DISTRICT COURT**
> Eastern District of California- Sacramento
> 501 I Street, #4-200
> Sacramento, CA 95814

**Your check or money order must indicate your name and case number shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts attach to your case for failure to pay.**

DATED: 2/17/2026

/s/ *Sean C. Riordan*
_____
**Sean C. Riordan**
United States Magistrate Judge

CRD Initials: S.H.