ERIC GRANT
United States Attorney
J. DOUGLAS HARMAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>DAVID BRYAN SHANK,<br><br>                    Defendant. | CASE NO.  2:25-MJ-00142-SCR<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE: RESTITUTION |

**STIPULATION**

The United States, by and through its attorneys of record, J. Douglas Harman, Assistant United States Attorney, and defendant David Bryan Shank, by and through his attorney, David Fischer, hereby stipulate as follows:

1.      On February 17, 2026, Defendant pleaded guilty to one count of simple assault in violation of Title 18 U.S.C. § 113(a)(5). *See* ECFs Nos. 7, 9.  In his plea agreement, Defendant agreed that the conduct to which he pleaded guilty is covered by 18 U.S.C. § 3663A and requires him to pay restitution to the Victim.  ECF 9 at 2.

2.      The same day, the court sentenced Defendant to a term of imprisonment of 4 days.  Upon the joint recommendation of the parties, the court set restitution to be determined at a later hearing, occurring not more than 90 days after the sentencing.  ECF 7.

3.      Following the sentencing hearing, the government received documents from the Victim

STIPULATION AND [PROPOSED] ORDER RE: RESTITUTION;

1

indicating the loss of income caused by Defendant's actions.  The government shared these materials with defense counsel, who agreed the restitution amount was reasonable and supported by the facts.  The materials are provided here to the Court as Exhibits 1 through 3.

4.    Defense requested that Defendant be allowed 180 days to make full payment from the date of entry of the court's order.  The government has no objection permitting Defendant this time to make the payment.

5.    By this stipulation, the parties affirm that a restitution order is appropriate under 18 U.S.C. § 3663A(c)(1)(A)(i), and that restitution should be ordered to the Victim in the amount of $900.

6.    The parties stipulate to and request that the Court issue an amended judgment: (i) reflecting the total amount of restitution owed of $900 on Sheet 5, in the section entitled "Criminal Monetary Penalties;" and (ii) include the Victim identified above.

7.    At the change of plea and sentencing hearing, the parties and the court agreed this matter would be set for a hearing on restitution within 90 days.  By this stipulation, the parties agree that no restitution hearing is required, and the Court can rule on the issue of restitution without a hearing.

IT IS SO STIPULATED.

Dated:  April 30, 2026                               ERIC GRANT
                                                     United States Attorney

                                              By:  /s/ *J. Douglas Harman*
                                                   J. DOUGLAS HARMAN
                                                   Assistant United States Attorney

Dated:  April 30, 2026                        By:  /s/ *David D. Fischer*
                                                   DAVID D. FISCHER
                                                   Attorney for defendant
                                                   DAVID BRYAN SHANK

STIPULATION AND [PROPOSED] ORDER RE:
RESTITUTION;

2

## [PROPOSED] ORDER

The court, having received and considered the parties' stipulation, and good cause appearing therefrom, ADOPTS the parties' stipulation.  Accordingly, the Defendant is ORDERED to pay restitution in the amount of $900 as set forth above, with payment to begin immediately and to be made in full no later than 180 days from the date of this order.  An Amended Judgment to issue.


IT IS SO ORDERED

DATED: May 4, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER RE:
RESTITUTION;

3